In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-512 CR


NO. 09-05-513 CR


____________________



LARRY EDWARD KEEGAN, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the County Court at Law


Liberty County, Texas


Trial Cause Nos. 80370 and 80371






MEMORANDUM OPINION


 We have before the Court a motion from the appellant, Larry Edward Keegan, to
withdraw his appeals. Tex. R. App. P. 42.2. A request to dismiss the appeals is signed
by appellant personally. No opinion has issued in these appeals. The motion is granted
and the appeals are therefore dismissed.

 APPEALS DISMISSED.

 ____________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered October 4, 2006

Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.